Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

RECEIVED
SDNY PRO SE OFFIC
2022 APR 12  AM 11: 0

# UNITED STATES DISTRICT COURT

for the

SOUTHERN District of NEW YORK

NEW YORK Division

Case No. _____

(to be filled in by the Clerk's Office)

)
JINJA "KYNG PARIAH" JOHNSON )
_____ )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
CAPTAIN JOHNSON (MALE), PSYCH DR. P. (MALE) )
DOC, RIKERS ISLAND, RMSC, NEW YORK )
OFFICER PARSONS (MALE)    STATE )
CLINICIAN THOMAS (FEMALE) P.R.E.A. )
OFFICER PUN (MALE) ▬▬▬ )
WARDEN PHILLIP *Defendant(s)* DR. BARBOSOR (MALE) )
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

LEGAL AID, MELANIE DEARTH,
JAMES GRAVES
(ATTACHED)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                      JINJA "KYNG PARIAH" JOHNSON

All other names by which

you have been known:      TEAM DORK NATION    THE LABEL

ID Number                 349 2200274

Current Institution       R.M.S.C. RIKERS ISLAND

Address                   19-19 HAZEN STREET

                          EAST ELMHURST NY    11370
                          _____City_____  _____State_____  __Zip Code__

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
   Name                   PHILLIPS (MALE)
   Job or Title *(if known)*  WARDEN/DEPUTY (ACTIVE)
   Shield Number          N/A
   Employer               RIKERS ISLAND (DOC)
   Address                EAST ELM HURST
                          NY              NY
                          _____City_____  _____State_____  __Zip Code__
   ☒ Individual capacity   ☒ Official capacity

Defendant No. 2
   Name                   JOHNSON (MALE)/M.O.B.
   Job or Title *(if known)*  CAPTAIN ~~JOHNSON~~
   Shield Number          N/A
   Employer               RIKERS ISLAND (DOC)
   Address                EAST ELM HURST
                          NY
                          _____City_____  _____State_____  __Zip Code__
   ☒ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name (FEMALE) COLON   GARCIA, ADAMS, WRIGH
- Job or Title *(if known)* C/OFFICERS (MALE) MEJIA, PARSONS MOORE, PUNN
- Shield Number CORRECTION OFFICERS
- N/A
- Employer RIKERS ISLAND (DOC)
- Address EAST ELMHURST
- NY          NY
  City          State          Zip Code

☑ Individual capacity   ☑ Official capacity

Defendant No. 4
- Name AS A WHOLE   (MALE)   (FEMALE)(MALE)
- Job or Title *(if known)* PREA / PSYCH DR. P. & THOMAS BABSON / MENTAL HEALTH
- Shield Number PSYCH - CLINICIAN DR.
- N/A
- Employer RIKERS ISLAND (DOC)
- Address EAST ELMHURST
- NY          NY
  City          State          Zip Code

☑ Individual capacity   ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

STATE & LOCAL IN RETALIATION

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## JUDGES INVOLVED

3/17/22 PETERSON , L

2/29/22 SVETKEY , J

2/07/22 ~~HASIT~~ HANSHAFT , J

2/3/22 LEWIS , M

RODNEY , M

## COURT REPORTERS

MORRISON , SHARON

MACALUSO , LAUREN

BRADLEY , LISA

MARTINEZ , JOANN

EISENBERG , LAURIE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**ALL OF THEE ABOVE**
**ALL RIGHT WASNT RESERVED**

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

**ATTACHED    AS  WELL AS "311" CALL FOR**
**PAPERTRAIL**

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑  Pretrial detainee

☑  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☑  Other *(explain)*    **BEING HELD CAPTIVE, NOT ARRAIGNED**
**2 WEBCRIM**

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

**RETALIATION**
**JANUARY 31, 2022 - FEB 3 2022**

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

**I'M A LIABILITY (NOT ARRAIGNED)**
**FEB. 3, 2022   —   PRESENT**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

1/31/18 VS    1/31/22    x̄    PRESENT    (RETALIATION OF NYPD-DOC)

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

311 PAPER TRAIL, AS WELL AS P.R.E.A. ALLEGIATION, ONCE A DAY OR 5-6 TIMES OUT THE WEEK. SEXUALLY ASSAULTED ON BODY CAM JAN 31, 2022 & SEXUALLY HARRASSED BY MEN C/O WATCHING ME SHOWER FROM MIRROR PANEL CEILINGS ONLY INSTALLED IN BATHROOMS

CONT'D ON BACK

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

EMOTIONALLY UNAVAILABLE FOR THIS BULLSHIT
YOUTUBE KYNG PARIAH - "HOW I FEEL" VIDEO (YOUTUBE)

EMOTIONAL DISTRESS, PAIN AND SUFFERING, REGURGITATING MEMORIES OF TRAUMA

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

THE PROSECUTION OF ALL OFFICERS ESPECIALLY REPEATED OFFENDER OF SEXUAL HARRASSMENT

50 TRILLION
$50,000,000,000,000

TO MANY MEN IN THE ONLY FEMALE FACILITY. THEY SHOULD ONLY BE ON RECREATION & GARBAGE NOT BUBBLE OR FLOOR IN RMSC

OPENING OUTGOING MAIL AND PROLONGING DELIVERY.

ALSO ATTACHED COPIES OF MOTION & WEBCRIMS MISREPRESENTED ME PURPOSELY & WOULDNT GIVE ME ALL MY DISCOVERY.
MY EVIDENCE WAS TAMPERED W/.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

R.M.S.C. / D.O.C. / NYC HEALTH DOC
RIKERS ISLAND   19-19 HAZEN ST.

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

CONFIDENTIAL LINE / P.R.EA.
311 COMPLAINT & MAYOR OFFICE
COMMENTS & COMPLAINTS

2.    What did you claim in your grievance?

SEXUAL ASSAULT / SEXUAL HARRASSMENT
MULTIPLE DEGREES.

3.    What was the result, if any?

NONE / ANTAGONIZATION / RETALIATION
INTENTIONAL NEGLECT FOR INJURY
& MEDICAL TREATMENT

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

KEPT REPORTING SITUATIONS & OFFICERS
YES & AN INVESTIGATION IS PENDING ON
ALLEGATIONS

(PMSC) THEY TURNED PHONES ONE &
HAVENT AFFORDED MY RECREATION

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

N/A    RMSC TURNS PHONE OFF BLOCK FAMILY FROM VISITS & CALLS. SPITEFULLY DONT ~~MEDI~~ MEDICAL TREATMEN PROVIDE.

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: - RETALIATION

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

WAS TOLD BY PREA THEY WERE GONNA PAINT CEILINGS OF DORM BATHROOMS THE BEGINNING OF MARCH, THIS STILL HASNT HAPPEN

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s)    JINJA "KYNG PARIAH" JOHNSON
Defendant(s)    NEW YORK, CALIFORNIA, NEW JERSEY

2.    Court *(if federal court, name the district; if state court, name the county and State)*
MANHATTAN, SO CAL

3.    Docket or index number
N/A IDK

4.    Name of Judge assigned to your case
IDK

5.    Approximate date of filing lawsuit
2020 - 2021

6.    Is the case still pending?

☒ Yes

☒ No

If no, give the approximate date of disposition.    ALLEGATION PROVEN TRUE
NOV. 20, 2021

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
RULED IN MY FAVOR, INTERNAL AFFAIRS PROVED ALL ALLEGATIONS TO BE TRUE REOPENED CLOSED INVESTIGATION IN NY.

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s)    JINJA "KYNG PARIAH" JOHNSON
Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*
FEDERAL

3.    Docket or index number    N/A

4.    Name of Judge assigned to your case    N/A

5.    Approximate date of filing lawsuit    2020 - 2021

6.    Is the case still pending?
☑ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
RULED IN FAVOR

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   4/3/22

Signature of Plaintiff

Printed Name of Plaintiff   JINJA "KING PARIAH" JOHNSON

Prison Identification #   3492200274

Prison Address   19-19 HAZEN STREET

EAST ELMHURST      NY    11370
City         State   Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address      N/A

_____   _____   _____
City         State   Zip Code

Telephone Number   (416) 898-8469

E-mail Address   TEAMDORKNATIONMUSIC@GMAIL.COM

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** NEW YORK; **PART** 52
------------------------------------------------------------X
**THE PEOPLE OF THE STATE OF NEW YORK**

       -Against-

JINJA    JOHNSON ,
aka KYNG ~~PARIAH~~ **Defendant.**

------------------------------------------------------------X

**NOTICE OF MOTION**
**TO DISMISS PURSUANT**
**TO C.P.L. § 190.50**

**Doc. No.** IND - 70354 -22

    PLEASE TAKE NOTICE, that upon the annexed affidavit JOHNSON JINJA., and upon the Indictment upon which the defendant was arraigned in this court on FEB 3 , 20 22, the undersigned will move this Court at Part A thereof, on APRIL 13 , 20 22,

Pursuant to §190.50(5)(c) and 210.20 of the Criminal Procedure Law, and for such other and further relief as to the Court may seem just and proper.

DATED:    MARCH , NEW YORK
        ~~NOVEMBER~~ 14, 20 22

TO:  JOHN JOHNSEN
    District Attorney
    NEW YORK County

    Clerk of the Court
    NEW YORK County

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** NEW YORK**: PART** 52
-----------------------------------------------------------X
**THE PEOPLE OF THE STATE OF NEW YORK**

          **AFFIDAVIT I N SUPPORT OF**
          **MOTION TO DISMISS**
   -Against-           **PURSUANT TO CPL 190.50**
          **& CPL 210.20/35**

  JINJA JOHNSON ,
          **Defendant.**      **Doc. No.** IND - 70354 - 22

-----------------------------------------------------------X

JINJA JOHNSON , being duly sworn deposes and says:

1. I am the above named defendant and am personally familiar with the facts herein after stated. On JANUARY 31 , 20 22 at approximately 20:29 , JINJA JOHNSON was arrested for CRIMINAL POSSESION OF A LOADED FIREARM .

2. Defendant was arraigned on the 25 day of FEBRUARY , 2022 on a felony Complaint charging CRIMINAL POSSESSION OF A LOADED FIREARM , in violation of P.L. 265, 03 03); PREVIOUS WEAPON CHARGE in violation of P.L. § 265.03 1B , and CRIMINAL POSSESSION OF A WEAPON , in violation of P.L. § 265.03 03 .

3. At the criminal court arraignment on FEB 3 , 20 22 , Defendant evoked his right pursuant to testify before the Grand Jury " notice pursuant to C.P.L. § 190.50(5)(a). Bail was fixed at $ 150,000 bond over $ 50,000 cash, and the case was adjourned to Part 41 for MARCH 2 , 20 22 .

4. On the next scheduled court date, MARCH 2 , 2022 , Defendant Appeared in 41 and was informed that the Grand Jury had voted to indict him on FEB. 25 , 2022 . The case was adjourned to Part 52 in

2

_____Supreme Court for Supreme Court Arraignment on APRIL 13_____, 2022.
At no time during the pendency of this case was defendant's written cross Grand Jury notice
withdrawn.

5. Defendant at all times professed his right under CPL 190.50, to testify before the Grand
   Jury. Because this indictment was secured in violation of Defendants rights under C.P.L.
   §190.50, it must be dismissed. C.P.L. § 210.20.

6. Pursuant to C.P.L. §190.50(5)(a), in a case where a person has been arraigned on
a felony complaint and cross-grand jury notice is in effect, the district attorney is required to
. . . notify the defendant or his attorney of the prospective or pending Grand Jury proceeding and
accord the defendant a reasonable time to exercise his right to appear as a witness therein.
See also People v. Evans, 79 N.Y.2d 407, 412-413, 583 N.Y.S.2d 358 (1992).

7. In this case, Defendant was not given a reasonable opportunity to testify before
the Grand Jury. On FEB 25_____, 2022, Defendant's case was adjourned to
MARCH 2, 2022, for grand jury action. Defendant had no reason to believe that any
grand jury action would take place before that date; nor did he have reason to think that he would
have to testify before that date. An infringement on Defendants right to testify before the Grand
Jury is unreasonable and the indictment against Defendant must be dismissed.
C.P.L. §190.50(5)(c) provides that an indictment obtained in violation of its provisions is
"invalid" and, upon a motion made within five days after the defendant's arraignment thereon,
"must be dismissed." This "creates what is a ministerial duty on the part of the Court to dismiss
an indictment obtained in violation of a defendant's right to appear before the grand jury."
People v. Bey-Allah, 132 A.D. 2d 76, 82, 521 N.Y.S.2d 422 (1st Dept. 1987). Therefore, the
indictment against Defendant must be dismissed.

WHEREFORE, the defendant respectfully requests that this Court dismiss the present indictment.

DATED: _____MARCH_____, New York
            _____14_____, 20 22

X _____

Sworn to before me this
_23_ day of _MARCH_____, 20 22

_____
NOTARY PUBLIC

ERNEST O. OMOROGRE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OM6152449
Qualified in Suffolk County
My Commission Expires ____9|11|2022

4

# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
COUNTY OF NEW YORK

NAME OF DOCUMENT:    **NOTICE OF MOTION TO DISMISS INDICTMENT FOR FAILURE TO TESTIFY AT GRAND JURY.    CPL 190.50 210.20/35**

I, JINJA "KYNG PARIAH" JOHNSON, being duly sworn deposes and says:

That I have on the 14 day of MARCH , 20 22, placed submitted the within  3 copies of the following papers, to be duly mailed via the United States Postal Service, through the Institutional mailroom at the RIKERS ISLAND (R.M.S.C.) located at 19-19 HAZEN STREET EAST ELMHURST NY 11370, to the following  concerned parties:

NEW YORK **Supreme Court Part (52)**
OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

HON. BABER

District Attorney, NEW YORK County

JOHN JOHNSEN

JINJA "KYNG PARIAH" John, Esq
TEAM DORK NATION
THE LABEL

Respectfully submitted,

Sworn to before me this
18th Day  MARCH , 2022

Notary Public

ERNEST O. OMOROGRE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OM6152449
Qualified in Suffolk County
My Commission Expires 4/11/2022

5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK,

RESPONDENT,

-AGAINST-

JINJA "KYNG PARIAH"
JOHNSON          DEFENDANT.

-------------------------------------------------------------------

**NOTICE OF MOTION**
**FOR**
**REASSIGNMENT**
**OF COUNSEL**
PURSUANT TO
COUNTY LAW § 722

Docket No. IND-70354-22
Indict. No. IND-70354-22
NYSID No. 05875665J

PLEASE TAKE NOTICE, that upon the annexed affidavit of JINJA JOHNSON

JINJA _____, duly affirmed the 14 day of MARCH, 20 22,

and upon the indictment and all the proceedings had herein, the under signed will move

this Court PART 51 (CRIMINAL) (COURT) thereof, to be held at the courthouse located at

100 CENTRE ST. NY NY, county of NEW YORK, on the 28

day of MARCH _____, 20 22, at 9:30 o'clock in the forenoon of that day or as

soon thereafter as counsel can be heard for an order to remove current defense counsel

and replace defense counsel with another that Defendant feels is adequately representing

his interest. This *Reassignment of Counsel* motion is made pursuant to New York

State County Law, *Article 18-B, Sections 722*, and further, we respectfully request any

further relief as the court may deem just and proper.

Yours, etc.,

_____
DEFENDANT

JON
2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF __NEW YORK__

-----------------------------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK,

                                    RESPONDENT,

                -AGAINST-

__JINJA "KYNG PARIAH" JOHNSON__
                            DEFENDANT.

-----------------------------------------------------------------

**AFFIDAVIT IN SUPPORT
OF MOTION FOR
REASSIGNMENT OF
COUNSEL**
PURSUANT TO
COUNTY LAW § 722

Docket No. IND-70354-22
Indict. No. IND-70354-22
NYSID No. 05875665J

STATE OF NEW YORK )
COUNTY OF __NEW YORK__ )  ss:

    I, __JINJA "KYNG PARIAH" JOHNSON__, being duly sworn, deposes and says:

    I am the defendant in the above-entitled action, and is personally familiar with the facts and circumstances herein stated.

    I am a detainee presently being detained at __ROSE M. SINGER CENTER__ listed hereunder the mailing address of __19-19__ Hazen Street, Rikers Island, East Elmhurst, New York 11370, herein considered the County of the Bronx.

    Whereupon, although I am personally familiar with all of the facts and statements hereinafter stated to the best of my knowledge, information and belief, I am a layperson in matters of the law and seek this Court's indulgence for errors, defects and faults pursuant to sec. 2101(f) of the Civil Practice Law and Rules.

    On the __25__ day of __FEBRUARY__, 20__22__, a complaint was filed in the Criminal Court of __NEW YORK__ County, charging the said defendant with the offense(s) of __CRIMINAL POSSESSION OF A LOADED FIREARM__ in violation of New York State Penal Law, section(s) __265.03 03 ; 265.03 1B__

Arraignment of the defendant on the above-mentioned complaint took place in this Court on the ___25___ day of ___FEBRUARY___, 20 _22_, and defendant was held for Grand Jury proceedings. Subsequently, defendant was indicted for the aforementioned charges and was arraigned upon said indictment in Supreme Court, ___NEW YORK___ County, on the ___3___ day of ___FEBRUARY___, 20 _22_.

Whereupon, this Defendant respectfully requests the Court to grant this motion for *Reassignment of Counsel* pursuant to the laws, statutes, and arguments annexed herein.

My attorney of record is Mr./Ms. ___MELANIE D. DEARTH___, Esq., and this attorney has represented me since ___FEB. 3, 2022___. It is my position that this attorney is not zealously representing my interest in this criminal matter. Counsel has failed to provide one or more of the following:

___NO___ A) Visit me at my place of confinement;
No/___YES___ B) Provide me with in-court conference;
___NO___ C) Listen to my version of events;
___NO___ D) Keep me informed of motion status,
___NO___ E) Keep me informed of prosecution motion status;
___YES___ F) Provide me with copies of all my legal documents;
___NO___ G) Discuss with me possible defense strategies;
___NO___ H) Return my telephone calls or respond to my correspondence;
___NO___ I) Investigate my witnesses;
___NO___ J) Submit additional motions on my behalf.

Defense counsel is clearly providing ineffective assistance to defendant for the adequate preparation of defendant's defense. Counsel's legal assistance rendered thus far does not meet the "meaningful representation" standard established in New York State.

CAN YOU REINSTATE MY LEGAL TEAM
FROM MY 18B LAWYER

THEODORE HERLICH

### STATEMENT OF FACTS

THANK YOU !

TO WHOM THIS MAY CONCERN,

MELANIE DEBORAH DEARTH OF LEGAL AID
CANNOT REPRESENT ME FOR A FEW REASONS.

① I'M A JEW
② LEGAL AID REPRESENTS THE RAPIST I
   WAS ILLEGALLY PROSECUTED FOR
   JANUARY 31, 2018
③ OUR FIRST CONVERSATION SHE NEVER HAD
   ANY INTENTIONS TO SEE ME FREE. SHE TOLD
   ME I WAS MENTAL ILL.
④ ALL OF THE REASONS ABOVE MAKE THIS
   A CONFLICT OF INTEREST.

SHE WAS SO QUICK TO 730 EVAL ME WHEN IN FACT
I WORKED AS A DIRECT SUPPORT PROFFESSIONAL &
RECENTLY JUST TOOK ANOTHER OFFER FROM DELTA AIRLINES
AS A PORTER UNTIL THE MANAGERIAL POSITION THE HR
WANTED TO HIRE ME FOR OPENED UP.

ALSO SHE STATES SHE LOOKED AT THIS DISCOVERY...
WELL I DID TOO & I'VE SEEN NUMEROUS ERRORS &
FACTS TO BE STATED IN MY 190.50 TESTIMONY.

THE FACT SHE NEVER LOOKED AT THE BODY CAM
WHEN THIS PHYSICAL EVIDENCE VALIDATES MY TRUTH VS
THEIR LIE & CONSPIRACY TO NOT JUST SEXUALLY ASSAULT
ME BUT TO CONSPIRE MY DEATH. FROM THE SAME OFFICE
WHO TRIED TO SHOOT ME PRIOR 21 DAYS BEFORE JAN. 31
2018 INDICTMENT (ILLEGAL) ALSO THESES OFFICERS ARE THOS
AS WELL AS D.A. ADAM BURBHAM WHO BEAT ME FROM THE
AGE 12 - 15 YEARS OLD... 2007.

## LEGAL ARGUMENT

Assigned Defense Counsel failed to investigate, prepare for trial, and take prompt action to protect Defendant, tendering the representation less than meaningful. Counsel has a duty to conduct an investigation. To be meaningful, the right to counsel, "requires the guiding hand of counsel at every step in the proceedings." The Courts have recognized the 6th Amendment, right to counsel does exist and is needed in order to protect the fundamental right to a fair trial and that a person who happens to be a lawyer is present at trial alongside the defendant, however, is not enough to satisfy the Constitutional requirement. Counsel must confer with defendant without undue delay and as often as necessary to advise defendant of his/her rights and to elicit matters of defense or to determine potential and unavailable defenses. Counsel must conduct appropriate investigation, both factual and legal to determine defense strategy and to allow counsel enough time for reflection and preparation for trial. The right to effective representation includes the right to assistance by counsel who has reviewed and prepared both the law and the facts relevant to the case.

The importance of counsel's undivided allegiance and faithful service to the defendant is fundamental, irrespective of counsel's personal opinion as to the validity of the defendant's claims. Counsel is responsible to provide defendant with his/her best advice, but not only consult, counsel must also take into account defendant's needs and desires. Counsel can deprive a defendant of the right to effective assistance, simply by failing to render adequate legal assistance.

Public Defenders and appointed counsel are held to the same standards of competence and integrity as privately retained lawyers. The duty of zealous advocacy has an important basis under the 6th Amendment right to counsel and it leads to fair, more certain results in criminal cases. "An accused right to be represented by counsel is a fundamental component of our criminal justice system. Lawyers in criminal cases are necessities, not luxuries." Their presence is essential because they are the means through which the other rights of the defendant are secured. Without counsel, the right to a trial itself would be "of little avail." Of all rights that a defendant has, the right to be represented by counsel is by far the most pervasive for it affects his ability to assert any other rights he may have.

The fundamental right to effective assistance of counsel is recognized not for its own sake, but because of the effect it has on the ability of the defendant to receive a fair trial in an adversarial system of justice. What constitutes effective assistance of counsel may vary according to the unique circumstances of each representation, but counsel has the duty to prepare for trial, to investigate, and advocate on the behalf of the defendant.

The standards endorsed by the American Bar Association project on the Criminal Justice are in part:

> Section 3.1 (a) - a lawyer must establish a relationship of trust with his client;
> Section 3.8    - the lawyer has a duty to keep his client informed of the developments in the case and the progress of preparing the defense;
> Section 3.8 (c) - the interview should be carried out in private and the lawyer must protest against barriers to the development of a reasonable lawyer-client relationship;
> Section 6.1 (d) - the commentary in this section notes that the lawyer's duty is to determine from the knowledge of all the facts whether the client is guilty in law, now in some moral sense, and the lawyer must employ ingenuity to locate witnesses.

The right to counsel is guaranteed by the Federal and State Constitutions (U.S. Const., 6th Amen.; N.Y. Const., Art. I, Section 6). The enforcement of this right, however, calls for more than merely pro forma appointment of, or service by a member of the Bar, the legal assistance must be effective. To insure that it is, trial judges have a continuing legal duty, not to be lightly taken, to see to it that the proceedings are conducted with the solicitude for the essential rights of the defendant. They should carefully evaluate serious complaints about counsel.

An unprepared or disinterested lawyer does not provide defendant with effective assistance of counsel. In this matter, assigned counsel has demonstrated actions inconsistent with "meaningful representation." Defendant has lost all confidence in his/her attorney's ability to represent him/her in the pending case. The failure of counsel to render adequate assistance constitutes a denial of Defendant's rights and requires counsel's removal.

The Defendant respectfully requests the right to make any and all further motions as may be necessary as a result of information and disclosure from the granting of the

requests made herein and/or information received from any record within a reasonable time.

No other application for the relief sought herein has been made to this or to any other court.

WHEREFORE, this Defendant respectfully prays that an order be issued granting this motion pursuant to the aforesaid sections of the New York State County Law and taking into consideration the facts and argument annexed herein, or, in the alternative, an order be issued granting partial relief, or whatever relief the Court sees and deems fit and appropriate to insure the swift and proper administration of justice.

Yours, etc...

_____
DEFENDANT

Sworn to before me this

18th day of MARCH, 2022

_____
NOTARY PUBLIC / COMMISSIONER OF DEEDS

ERNEST O. OMOROGRE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OM6152449
Qualified in Suffolk County
My Commission Expires

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

I, JINJA "KYNG PARIAH" JOHNSON, being duly sworn deposes and says:

That I have on the 14 day of MARCH, 2022, placed and

submitted the original and copies of this motion to be duly mailed via the United States

Postal Service, through the institutional mailroom of the R.M.S.C

Correctional Facility.   Said moving papers were mailed to the following concerned

parties:

Supreme Court
NEW YORK County
100 CENTRE STREET
NEW YORK NY 10007

District Attorney
NEW YORK County
JOHN JOHNSEN
NEW YORK NY.

MELANIE DEARTH, Defense Counsel
49 THOMAS STREET
NEW YORK NY.

Yours, etc..

DEFENDANT

Kyng Pariah
TDN
2022

Sworn to before me this
18 day of MARCH, 2022.

NOTARY PUBLIC / COMMISSIONER OF DEEDS

INSTRUCTIONS

ERNEST O. OMOROGRE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OM6152449
Qualified in Suffolk County
My Commission Expires ____

## New York State Unified Court System

## WebCriminal

# Case Details - Summary

*ACCURATE*

**CASE INFORMATION**

Court: **New York Supreme Court - Criminal Term**
Case #: **IND-70354-22**
Defendant: **Johnson, Jinja**



### Defendant

Name: **Johnson, Jinja**
Birth Year: **1991**

### Incident and Arrest

**Incident**
Date: **January 31, 2022**
CJTN: **69852102N**

**Arrest**
Date & Time: **January 31, 2022 20:29**
Arrest #: **M22603479**

**Officer**
Agency: **NYPD**
Command:

*COMPARE TO WEBCRIM #2*

*WEBCRIM #1*

### Attorney Information

**Defense Attorney**
Name: **Dearth, Melanie Deborah**
Type: **Legal Aid**
Court Date: **March 2, 2022**
Court Part: **41G**
Address: **49 Thomas Street, New York,  NY 10013**
Phone: **212 - 732 - 5000**

**Assistant District Attorney**
Name: **New York County District Attorney,**
Assigned: **February 10, 2022**

### Next Appearance

Date: **April 13, 2022**
Time: **09:00 AM**
Court: **New York Supreme Court - Criminal Term**
Part: **52**

New York State Unified Court System

## WebCriminal

## Case Details - Appearances

### CASE INFORMATION

| | |
|---|---|
| Court: | **New York Supreme Court - Criminal Term** |
| Case #: | **IND-70354-22** |
| Defendant: | **Johnson, Jinja** |

| Date/Time | Judge/Part | Calendar Section | Arraignment/Hearing Type | Court Reporter | Outcome/Release Status |
|---|---|---|---|---|---|
| 04/13/2022 09:00 AM | 52 | MISCELLANEOUS | | | |
| 03/02/2022 | Rodney, M 41G | MISCELLANEOUS | Regular | Eisenberg, Laurie | Pled Not Guilty Bond $150,000 Cash $50,000 (Not Posted) |
| 02/10/2022 | Unknown, UCMSMISC | MISCELLANEOUS | Not Arraigned | Not, On File | True Bill |

New York State Unified Court System

## WebCriminal

## Case Details - Charges

### CASE INFORMATION

| | |
|---|---|
| Court: | **New York Supreme Court - Criminal Term** |
| Case #: | **IND-70354-22** |
| Defendant: | **Johnson, Jinja** |

| Charge | Detail | | Disposition/Sentence |
|---|---|---|---|
| PL 265.03 03 **\*\*TOP CHARGE\*\*** | **C Felony, 1 count, Arrest charge, Not an arraignment charge** | | |
| | Description: | *Cpw-2nd: Loaded Firearm* | |
| | Indictment Count: | *2* | |
| | Weapon/Drug: | *Unspecified* | |
| PL 265.03 1B | **C Felony, 1 count, Arrest charge, Not an arraignment charge** | | |
| | Description: | *Cpw-2nd: Loaded Firearm* | |
| | Indictment Count: | *1* | |
| | Weapon/Drug: | *Unspecified* | |

*[handwritten annotations: "NOT ON WEBCRIM #1", "POINT OF INTEREST"]*

New York State Unified Court System

W e b C r i m i n a l

## Case Details - Summary

**CASE INFORMATION**

Court:               **New York Criminal Court**
Case #:              **CR-002480-22NY**
Defendant:           **Johnson, Jinja**

*NON ACCURATE*

Defendant

Name:                **Johnson, Jinja**
Birth Year:          **1991**

Incident and Arrest

**Incident**
Date:                **January 31, 2022**
CJTN:                **69853422J**

**Arrest**
Date & Time:         **February 1, 2022 19:40**
Arrest #:            **M22603600**

**Officer**
Agency:              **NYPD**
Command:

*WEB CRIM #2*

Attorney Information

**Defense Attorney**
Name:                **Dearth, Melanie Deborah**
Firm:                **Legal Aid Society-manhattan**
Type:                **Legal Aid**
Court Date:          **February 3, 2022**
Court Part:          **APAR1**
Address:             **49 Thomas Street, New York,  NY 10013**
Phone:               **212 - 732 - 5000**

**Assistant District Attorney**
Name:                **New York County District Attorney,**
Assigned:            **February 2, 2022**

Next Appearance

Date:                **March 31, 2022**   *NEVER WENT*
Time:                **09:00 AM**
Court:               **New York Criminal Court**
Part:                **N**

*MUSIC DROPPED EVERY COURT DATE*

New York State Unified Court System

## WebCriminal

## Case Details - Appearances

**CASE INFORMATION**

| | |
|---|---|
| Court: | **New York Criminal Court** |
| Case #: | **CR-002480-22NY** |
| Defendant: | **Johnson, Jinja** |

| Date/ Time | Judge/ Part | Calendar Section | Arraignment/ Hearing Type | Court Reporter | Outcome/ Release Status |
|---|---|---|---|---|---|
| 03/31/2022 09:00 AM | N | PENDING | | | |
| 03/17/2022 | Peterson, L N | PENDING | No Type | Morrison, Sharon | Case Continued (adjourned) Cash $1 (Not Posted) |
| 02/25/2022 | Svetkey, J N | PENDING | No Type | Macaluso, Lauren | Case Continued (adjourned) Cash $1 (Not Posted) |
| 02/07/2022 | Hanshaft, J N | PENDING | No Type | Bradley, Lisa | Case Continued (adjourned) Cash $1 (Not Posted) |
| 02/03/2022 | Lewis, M APAR1 | PENDING | Regular | Martinez, Joann | Case Continued (adjourned) Bond $150,000 Cash $50,000 (Not Posted) |

New York State Unified Court System

## WebCriminal

## Case Details - Charges

**CASE INFORMATION**

| | |
|---|---|
| Court: | **New York Criminal Court** |
| Case #: | **CR-002480-22NY** |
| Defendant: | **Johnson, Jinja** |

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| PL 265.03 1B | **C Felony, 1 count, Arrest charge, Arraignment charge** | |
| | Description:    *Cpw-2nd: Loaded Firearm* | |
| PL 265.03 03 **\*\*TOP CHARGE\*\*** | **C Felony, 1 count, Arrest charge, Arraignment charge** | |
| | Description:    *Cpw-2nd: Loaded Firearm* | |
| PL 120.14 01 | **A Misdemeanor, 1 count, Arrest charge, Arraignment charge** | |
| | Description:    *Menacing 2nd - Weapon* | |

JINJA "KING PARIAH" JOHNSON
19-19 HAZEN STREET
EAST ELMHURST, N.Y. 11370
BKC # 3492200274
BAM DORK NATION/THE LABEL

USMAIL SDNY

UNITED STATES DISTRICT COURT
40 FOLEY STREET/SQUARE
"SOUTHERN"
NEW YORK, NY 10007

[CONFIDENTIAL]

RECEIVED
SDNY PRO SE OFFICE
2022 APR 12 AM 10:03

LEGAL MAIL