UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JINJA "KYNG PARIAH" JOHNSON,<br><br>                           Plaintiff,<br><br>-against-<br><br>RIKERS ISLAND; JEAN-SOUFRANT; PAMELA THOMAS; SARAH PERRY; OFFICE OF MENTAL HEALTH; JUDGE CORY WESTON; DAVID KRAUSS; JOHN JOHNSON; CAPT KIM; C/O PUNN; C/O PARSONS; C/O BUTLER; C/O MEJIA; C/O SABANDO; C/O ROSCIE; C/O ADAMS; C/O MARTINEZ, #2040,<br><br>                           Defendants. | 22-CV-3024 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 15, 2024
            New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge